IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAWNEE LEASING CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 20-cv-03860 |
| v. | ) | |
| | ) | Honorable Marvin E. Aspen |
| | ) | |
| MIDWEST MEDICAL SYSTEMS, INC. | ) | |
| MELROSE PARK IMMEDIATE | ) | |
| CARE LTD., GOWHAR KHAN, and | ) | |
| TABISH KHAN | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT FOR MAGISTRATE JUDGE WEISMAN**

NOW COME Plaintiff PAWNEE LEASING CORPORATION ("Pawnee") and Defendants MIDWEST MEDICAL SYSTEMS, INC. ("Midwest Medical"), MELROSE PARK IMMEDIATE CARE LTD. ("Melrose Park"), GOWHAR KHAN ("G. Khan"), and TABISH KHAN ("T. Khan") (collectively, the "Defendants"), by and through their counsel, and for their Joint Status Report for Magistrate Judge Weisman, state as follows:

1. On July 1, 2020, Pawnee filed its Verified Complaint for money damages against Midwest Medical, Melrose Park, G. Khan, and T. Khan, and for detinue and replevin of certain equipment against Midwest Medical. *See* Verified Complaint, Doc. 1. Pawnee's breach of contract claim against the Defendants sought damages of $165,192.07, plus late fees, prejudgment interest, attorney's fees and costs.

2. On November 12, 2020, the Honorable Magistrate Judge Weisman conducted a settlement conference. However, the parties were unable to reach a resolution at the settlement conference.

1

3. After the settlement conference, the parties continued to discuss settlement.

4. While the parties have not yet reached a resolution, they are currently $35,000.00 apart on their respective settlement offers.

5. A status hearing before Magistrate Judge Weisman has been set for December 3, 2020 at 1pm.

6. The parties believe that a further settlement conference would be beneficial. The parties are available in the afternoons on December 14, 15, 16 and 17. If Magistrate Judge Weisman is unavailable on those dates, the parties can choose a mutually convenient date at the status hearing on December 3.

        PAWNEE LEASING CORPORATION,

By: /s/ Debra Devassy Babu
Debra Devassy Babu
ASKOUNIS & DARCY, PC
444 North Michigan Avenue, Suite 3270
Chicago, Illinois 60611
(312) 784-2400 (t)
(312) 784-2410 (f)
ddevassy@askounisdarcy.com

MIDWEST MEDICAL SYSTEMS, INC., MELROSE PARK IMMEDIATE CARE LTD., GOWHAR KHAN and TABISH KHAN

By: /s/ Steven H. Jesser
Steven H. Jesser
2700 Patriot Boulevard, Suite 250
Glenview, IL 60026
(847) 424-0200
shj@sjesser.com